# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5081**                                                    **September Term, 2025**

**1:25-cv-02332-TNM**

**Filed On: May 14, 2026** [2173404]

Julian Marcus Raven,

      Appellant

    v.

John G. Roberts, in his official capacity as
Chancellor of the Smithsonian Institution, et
al.,

      Appellees

## O R D E R

Upon consideration of appellees' motion for extension of time to file dispositive motion, and appellant's response thereto, it is

**ORDERED** that any dispositive motions in this case are now due June 25, 2026.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
      Louis Karl Fisher
      Deputy Clerk