# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5081**                                    **September Term, 2025**

**1:25-cv-02332-TNM**

**Filed On: July 28, 2026** [2185521]

Julian Marcus Raven,

      Appellant

    v.

John G. Roberts, in his official capacity as
Chancellor of the Smithsonian Institution, et
al.,

      Appellees

## O R D E R

Upon consideration of appellees' unopposed motion for extension of time to file reply in support of motion for summary affirmance, it is

**ORDERED** that the motion for extension of time be granted.  Any reply by appellees in support of their motion for summary affirmance is now due August 6, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Louis Karl Fisher
      Deputy Clerk