# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5081** **September Term, 2025**

**1:25-cv-02332-TNM**

**Filed On: August 19, 2026** [2188999]

Julian Marcus Raven,

Appellant

v.

John G. Roberts, in his official capacity as Chancellor of the Smithsonian Institution, et al.,

Appellees

**O R D E R**

Upon consideration of appellees' motion for extension of time to file a reply in support of motion for summary affirmance, and the lodged reply, it is

**ORDERED** that the motion for extension of time be granted. The Clerk is directed to file appellees' lodged reply in support of motion for summary affirmance**.**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Louis Karl Fisher
Deputy Clerk